**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-23228-UU

WINDY LUCIUS,

    Plaintiff,

v.

TEXAS DE BRAZIL (HOLDING) CORP.,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Settlement. D.E. 9.

THE COURT having considered the pertinent portions of the record and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this _25th_ day of August, 2020.

                                                  _____
                                                  URSULA UNGARO
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record