UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-23228-UU

WINDY LUCIUS,

    Plaintiff,

v.

TEXAS DE BRAZIL (HOLDING) CORP.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant, Plaintiff Windy Lucius hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests this Court to terminate the action.

Dated: October 7, 2020        Respectfully submitted,

                                      */s/ J. Courtney Cunningham*
                                      J. Courtney Cunningham, Esq.
                                      J. COURTNEY CUNNINGHAM, PLLC
                                      FBN: 628166
                                      8950 SW 74th Court, Suite 2201
                                      Miami, FL 33156
                                      T:  305-351-2014
                                      cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                        */s/ J. Courtney Cunningham*
                                        J. Courtney Cunningham, Esq.