UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23228-UU

WINDY LUCIUS,

    Plaintiff,

v.

TEXAS DE BRAZIL (HOLDING) CORP.,

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice. D.E. 12. The Court having considered the pertinent portions of the record and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is DISMISSED WITH PREJUDICE as to all parties and all claims.

DONE AND ORDERED in Chambers, Miami, Florida, this _8th_ day of October, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record